FILED'08 SEP 25 12:07USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL M. O'BRIEN,

                                 Civil No. 08-686-CL

       Petitioner,

    v.

J. E. THOMAS,                     **ORDER**

       Respondent.

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d
1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error.
Accordingly, I ADOPT the Report and Recommendation of Magistrate
Judge Clarke.

1 -   ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#5) is adopted.  The petition (#1) is denied without prejudice to refile after petitioner has exhausted administrative remedies.  All pending motions are denied as moot.

IT IS SO ORDERED.

DATED this ___23___ day of September, 2008.

OWEN M. PANNER
United States District Judge

2 -   ORDER